```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

**FILED**
JUN 2 4 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| CHERRI N. BARTON, | ) ) **4:15CR00293 CEJ/NAB** |
| Defendant. | ) ) |

### INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about August 29, 2012, in the Eastern District of Missouri, the defendant,

**CHERRI N. BARTON,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, social security number, and account number of G.B., during and in relation to the commission of the felony offenses of: mail fraud, Title 18, United States Code, Section 1341; using a fictitious and assumed name and address in connection to a mail fraud scheme, Title 18, United States Code, Section 1342; wire fraud, Title 18, United States Code, Section 1343; and, access device fraud, Title 18, United States Code, Sections 1029(a)(2).

In violation of Title 18, United States Code, Sections 1028A and 2.

### COUNT 2

The Grand Jury further charges that:

On or about May 15, 2015, in the Eastern District of Missouri, the defendant,

**CHERRI N. BARTON,**

did knowingly possess, transfer, and use, without lawful authority, a means of identification of another person, to wit, the name, date of birth, social security number, and account number of

R.A.T., during and in relation to the commission of the felony offenses of: mail fraud, Title 18, United States Code, Section 1341; using a fictitious and assumed name and address in connection to a mail fraud scheme, Title 18, United States Code, Section 1342; wire fraud, Title 18, United States Code, Section 1343; and, access device fraud, Title 18, United States Code, Sections 1029(a)(2).

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 3

The Grand Jury further charges that:

Between on or about August 27, 2012 and continuing to on or about August 31, 2012, within the Eastern District of Missouri, the defendant,

**CHERRI N. BARTON,**

did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: account numbers of others in order to purchase, and attempt to purchase, gift cards, merchandise, and services with an aggregate value exceeding $1,000.00, that being an amount in excess of $7,900.00.

In violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1).

## COUNT 4

The Grand Jury further charges that:

Between on or about September 11, 2012 and continuing to on or about September 16, 2012, within the Eastern District of Missouri, the defendant,

**CHERRI N. BARTON,**

did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: account numbers of others in order to purchase, and attempt to purchase, gift cards, merchandise, and services with an aggregate value exceeding $1,000.00, that being, an amount in excess of $4,370.00.

In violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1).

## COUNT 5

The Grand Jury further charges that:

On or about May 15, 2015, within the Eastern District of Missouri, the defendant,

**CHERRI N. BARTON,**

did knowingly and with intent to defraud use, and attempt to use, unauthorized access devices, that is: account numbers of others in order to purchase, and attempt to purchase, gift cards, merchandise, and services with an aggregate value exceeding $1,000.00, that being, an amount in excess of $2,720.00.

In violation of Title 18, United States Code, Sections 1029(a)(2) and (b)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY BERRY, #014753 TN
Assistant United States Attorney